UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL MENDEZ MOJENA,

Petitioner,

v. Case No.: 2:26-cv-00491-SPC-NPM

MARKWAYNE MULLIN *et al.*,

Respondents.
_________________________________/

## OPINION AND ORDER

Before the Court are Manuel Mendez Mojena's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 16) and the government's Unopposed Motion to Hold EAJA Motion in Abeyance (Doc. 17). Mendez Mojena is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The parties agree it is appropriate to hold Mendez Mojena's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 17) is **granted**, and Mendez Mojena's motion (Doc. 16) is held in abeyance. If Mendez Mojena believes he is entitled to attorney fees under the EAJA following the Supreme Court's

decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Mendez Mojena files a renewed motion, the government shall respond within 14 days. If Mendez Mojena does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record